IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
97 FEB 24 AM 8:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

JERRY M. ROSE, )
)
    Plaintiff, )
)
vs )  CIVIL ACTION NO. 95-H-3081-S
)
)
PAUL SKAGGS and )
CHIEF M. F. MIDDLEBROOKS, )
)
    Defendants. )

**ENTERED**

FEB 2 4 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the complaint is due to be dismissed for failure to state a claim. An appropriate order will be entered.

DONE, this 24th day of February, 1997.

JAMES H. HANCOCK
SENIOR JUDGE

13